WILLIAM R. TAMAYO, Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY
   COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

JOHN STANLEY, Supervisory Trial Attorney
CARMEN FLORES, Senior Trial Attorney
MAY CHE, Senior Trial Attorney
JAMAL WHITEHEAD, Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
   COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
Tel: 206.220.6912
jamal.whitehead@eeoc.gov

ATTORNEYS FOR PLAINTIFF EEOC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL FOOD CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. CV-12-550-TOR <br><br> **COMPLAINT** <br><br> JURY TRIAL DEMAND |

COMPLAINT - 1

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to the Charging Party in EEOC Charge Number 551-2010-01463(hereinafter, "Jane Doe") and a class of similarly situated employees, including but not limited to: Leslie Silva, Ramiro Moran, Magdalena Saldaña, and Maria Gomez. The Equal Employment Opportunity Commission alleges that defendant National Food Corporation subjected Jane Doe to a hostile work environment and disparate treatment because of her sex. The EEOC further alleges that National Food retaliated against Jane Doe in the terms and conditions of her work, terminated her employment because of her sex and in retaliation for complaining about the discrimination she suffered at National Food. In addition to Jane Doe, the Commission alleges that National Food retaliated against a class of similarly situated employees, including but not limited to Leslie Silva, Ramiro Moran, Magdalena Saldaña, and Maria Gomez for opposing National Food's discriminatory practices, which included, among other things, terminating their employment or causing their constructive discharge.

The Commission seeks monetary relief, including non-pecuniary compensatory and punitive damages, and injunctive relief, for Jane Doe, Leslie

COMPLAINT - 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON 98104-1061
(206) 220-6883

Silva, Ramiro Moran, Magdalena Saldaña, and Maria Gomez and similarly situated employees as result of the damages they suffered because of National Food's conduct.

## PARTIES

1. Plaintiff Equal Employment Opportunity Commission (the "Commission" or "EEOC"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII of the Civil Rights Act, as amended, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

2. Defendant National Food Corporation ("National Food" or "Defendant") is a Washington Corporation with its principle place of business in Everett, Washington.

3. At all relevant times, National Food has been a corporation continuously doing business in the State of Washington and has continuously had at least 15 employees.

4. At all relevant times, defendant National Food has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

COMPLAINT - 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON 98104-1061
(206) 220-6883

JURISDICTION AND VENUE

5.    This Court is has jurisdiction over this action pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

6.    Venue is proper in this Court because the employment practices alleged to be unlawful were committed in and around Lind, Washington, which is within the jurisdiction of the United States District Court for the Eastern District of Washington.

STATEMENT OF CLAIMS

7.    More than thirty days prior to the institution of this lawsuit, Jane Doe, a female, filed a charge with the Commission alleging violations of Title VII by Defendants.  All conditions precedent to the institution of this lawsuit have been fulfilled.

8.    From approximately May 2003 through late 2010, National Food engaged in unlawful employment practices at its Lind, Washington facility in violation of § 703(a) and §704(a) of Title VII, 42 U.S.C. § 2000e-2(a) and § 2000e-3(a).  National Food engaged in these unlawful practices by subjecting Jane

COMPLAINT - 4

Doe to a hostile work environment and disparate treatment because of her sex. National Food further engaged in unlawful practices by retaliating against Jane Doe in the terms and conditions of her work, and terminating Jane Doe because of her sex and in retaliation for complaining about the discrimination she suffered at National Food.  In addition to Jane Doe, National Food retaliated against Leslie Silva, Ramiro Moran, Magdalena Saldaña, Maria Gomez, and a class of other employees for opposing National Food's discriminatory practices, which included among other things, discharging Ramiro Moran, Magdalena Saldaña, and Maria Gomez and causing Leslie Silva's constructive discharge.

9. The practices by National Food complained of in paragraph 8 include, but are not limited to, the following:  from at least May 2003 through February 2010, National Food's Farm Manager demanded sexual favors as a condition of Jane Doe's employment and assigned her harder work, disciplined her unfairly, and terminated her employment when she rejected his sexual demands.  In approximately July 2009, a meeting was held and employees, including the Production Manager, Jane Doe, Leslie Silva, Ramiro Moran, Magdalena Saldaña, Maria Gomez, and other current and former employees attended.  During the meeting, the group complained about the Manager's sexually harassing conduct. Defendant was made aware of the hostile work environment that Jane Doe suffered and failed to take immediate and appropriate corrective action.  Employees who

COMPLAINT - 5

attended the July 2009 meeting were retaliated against, which included their discharge or constructive discharge.

10. The effect of the practices complained of in paragraphs 8 and 9 above has been to deprive Jane Doe, Leslie Silva, Ramiro Moran, Magdalena Saldaña, Maria Gomez, and similarly employees of their equal employment opportunities and otherwise adversely affected their status as employees.

11. The unlawful employment practices complained of in paragraphs 8 and 9 above were willful and intentional.

12. The unlawful employment practices complained of in paragraphs 8 and 9 above were done with malice or with reckless indifference to the federally protected rights of Jane Doe, Leslie Silva, Ramiro Moran, Magdalena Saldaña, Maria Gomez, and similarly situated employees.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendants, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any discriminatory employment practices.

COMPLAINT - 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON 98104-1061
(206) 220-6883

B.	Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C.	Order Defendant to make whole Jane Doe, Leslie Silva, Ramiro Moran, Magdalena Saldaña, Maria Gomez and similarly situated employees by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraphs 8 and 9 above, including without limitation emotional pain and suffering, loss of enjoyment of life, and humiliation in amounts to be determined at trial.

D.	Order Defendant to pay Jane Doe, Leslie Silva, Ramiro Moran, Magdalena Saldaña, Maria Gomez, and similarly situated employees punitive damages for its malicious and reckless conduct described in paragraphs 8 and 9 above, in amounts to be determined at trial.

E.	Grant such further relief as the Court deems necessary and proper in the public interest.

F.	Award the Commission its costs in litigating this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

COMPLAINT - 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON 98104-1061
(206) 220-6883

DATED this 28th day of September, 2012.

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| WILLIAM TAMAYO<br>Regional Attorney | P. DAVID LOPEZ<br>General Counsel |
| JOHN STANLEY<br>Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| JAMAL N. WHITEHEAD<br>Senior Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| MAY CHE<br>Senior Trial Attorney | OFFICE OF THE GENERAL COUNSEL<br>131 M Street, NE<br>Washington, D.C.  20507 |
| CARMEN FLORES<br>Senior Trial Attorney | |

BY:  *s/William R. Tamayo*
         William R.Tamayo

*Attorneys for Plaintiffs*

COMPLAINT - 8

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON  98104-1061
(206) 220-6883