UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANE DOE, MAGDALENA SALDAÑA, MARIA GOMEZ, RAMIRO MORAN, and LESLIE SILVA,<br><br>　　　　　Plaintiff-Intervenors,<br><br>　v.<br><br>NATIONAL FOOD CORP.,<br><br>　　　　　Defendant. | NO: 12-CV-0550-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is a Stipulation of Dismissal filed by Plaintiff-Intervenors Jane Doe, Magdalena Saldaña, Maria Gomez, Ramiro Moran and Leslie Silva and Defendant National Food Corporation (ECF No. 27). Pursuant to the parties' stipulation, the Court will dismiss the claims asserted by the Plaintiff-Intervenors with prejudice and without costs or attorney's fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**IT IS HEREBY ORDERED**:

Pursuant to the parties' Stipulation of Dismissal (ECF No. 27), all claims and causes of action asserted by Plaintiff-Intervenors Jane Doe, Magdalena Saldaña, Maria Gomez, Ramiro Moran and Leslie Silva in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** August 29, 2013.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2